■ PAMELA S. ROYCE, Respondent, v DARIEN LAKE THEME PARK AND CAMPING RESORT, INC., Appellant. [625 NYS2d 971] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion for summary judgment because defendant failed to make a prima facie showing of entitlement to judgment as a matter of law *(see, Pizzuto v Poss,* 198 AD2d 910). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Pine, J. P., Lawton, Wesley, Callahan and Doerr, JJ.